DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YOLETTE E. SANGUINETTI,**
Appellant,

v.

**JP MORGAN CHASE BANK, N.A.,** as successor in interest to
Washington Mutual Bank,
Appellee.

No. 4D18-3284

[April 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward L. Artau, Judge; L.T. Case No. 50-2009-CA-025627-XXXX-MB.

Justin R. Infurna of The Infurna Law Firm, Orlando, for appellant.

Elliot B. Kula and William D. Mueller of Kula & Associates, P.A., Miami, and Michele A. Cavallaro of Fidelity National Law Group, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***